New Jersey
07508
Email: support@pukingball.com
Phone Number: 973-900-4721
*The Plaintiff*

# EXHIBIT A

# United States of America

United States Patent and Trademark Office

# Puking Ball

**Reg. No. 7,180,047**

**Registered Oct. 03, 2023**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

SKYBRIDGE ENTERPRISES LLC (NEW JERSEY LIMITED LIABILITY COMPANY)
20 stanley court
north haledon, NEW JERSEY 07508

CLASS 28: Stress relief exercise ball that releases a free-flowing play gel when squeezed

FIRST USE 5-14-2022; IN COMMERCE 5-14-2022

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "BALL"

SER. NO. 97-503,130, FILED 07-14-2022

Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# EXHIBIT B

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VAu 1-472-471**
**Effective Date of Registration:**
May 12, 2022
**Registration Decision Date:**
June 29, 2022

## Title

**Title of Work:** PukingBall

## Completion/Publication

**Year of Completion:** 2022

## Author

- **Author:** Anonymous
  **Author Created:** Sculptural Work
  **Work made for hire:** No
  **Citizen of:** United States
  **Anonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Anonymous
20 Stanley Court, North Haledon, NJ, 07508

## Certification

**Name:** Nathan Deposki
**Date:** May 12, 2022

**Correspondence:** Yes

# EXHIBIT C

**Registration Number**
**PA 2-449-431**
**Effective Date of Registration:**
December 04, 2023
**Registration Decision Date:**
January 16, 2024

## Title

**Title of Work:** Squishy Puking Ball Video

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** November 08, 2023
**Nation of 1st Publication:** United States

## Author

- **Author:** Nathanel Deposki
  **Author Created:** entire motion picture
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Nathanel Deposki
20 stanley court, north haledon

## Rights and Permissions

**Name:** Nathanel Deposki
**Email:** natedeposki@gmail.com

## Certification

**Name:** Nathanel Deposki
**Date:** December 04, 2023

# EXHIBIT D

Gmail **Melvin Naidu <melvin.naidu@justecbp.com>**

## Fwd: Shopify DMCA Takedown Notice

**Puking Ball** <pukingball@gmail.com> Mon, Sep 14, 2026 at 5:36 PM
To: melvin.naidu@justecbp.com

---------- Forwarded message ---------
From: **Shopify** <legal@shopify.com>
Date: Sat, Sep 30, 2023 at 6:38 PM
Subject: Shopify DMCA Takedown Notice
To: <pukingball@gmail.com>

Hello Nate Deposki,

We have received the attached Digital Millennium Copyright Act (DMCA) Takedown Notice you submitted via Shopify's DMCA Notice form.

It is our policy to expeditiously respond to clear notices of alleged copyright infringement that comply with the DMCA. We will be in touch shortly.

In all correspondence relating to this matter, please include the ticket ID: 1bfdcfee-db3b-4536-808b-df3b47bd1f14

The allegedly infringing work being handled by this ticket is as follows:

https://thepukingball.com/products/the-puking-ball%C2%AE

Thank you,

Shopify Trust & Safety

---

**DMCA Takedown Notice | thepukingball.com.pdf**
23K

# EXHIBIT E

shopify

**Date:** September 14, 2026

**DMCA Counter Notice | 0cefe5.myshopify.com**

**1. Shopify Merchant Contact Information**

First Name:
Martin

Last Name:
Mitrev

Phone:
2295455608

Email:
batasshopify@gmail.com

Address:
651 North Broad Street
Suite 201

City:
Middletown

ZIP/Postal Code::
19709

Country:
US

State/Province:
DE

**2. Material(s) Subject to the Counter Notice**

Report ID:
1bfdcfee-db3b-4536-808b-df3b47bd1f14

- https://thepukingball.com/products/the-puking-ball%C2%AE

**3. Declarations**

- I consent to the jurisdiction of the Federal District Court for the judicial district in which my address listed above is located or, if my address listed above is located outside of the United States, I consent to the jurisdiction of the Federal District Court for the District of Delaware.
- I will accept service of process from the party who submitted the DMCA Takedown Notice referred to above or its agent.
- I swear, under penalty of perjury, that I have a good faith belief that the affected content was removed as a result of a mistake or misidentification of the content to be removed.

**4. Electronic Signature**

Martin Mitrev